


FILED
JUN 1 9 2012
BY VANESSA L. ARMSTRONG
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

vs.

JAMES T. ADLER

INDICTMENT

NO. 5:12CR23-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1

On or about February 26, 2010, in the Western District of Kentucky, Christian County, Kentucky, and elsewhere, the defendant, **JAMES T. ADLER**, knowingly and intentionally possessed with the intent to distribute and distributed a mixture or substance containing cocaine base, commonly known as "crack" cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 2

On or about March 25, 2010, in the Western District of Kentucky, Christian County, Kentucky, and elsewhere, the defendant, **JAMES T. ADLER**, knowingly and intentionally possessed with the intent to distribute and distributed a mixture or substance containing cocaine base, commonly known as "crack" cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

As a result of committing offenses as alleged in Counts 1 and 2 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **JAMES T. ADLER**, shall forfeit to the United States, pursuant to Title 21 United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained directly or indirectly as a result of said offense, and any and all of the defendant's property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Count 1 and 2 of this Indictment.

A TRUE BILL.

_____
FOREPERSON

_____
DAVID J. HALE
UNITED STATES ATTORNEY
DJH:JSD

UNITED STATES OF AMERICA v. **JAMES T. ADLER**

## PENALTIES

Counts 1-2:    NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release (each count)
               (With prior drug felony conviction: NM 30 yrs./$2,000,000/both/ NL 6 yrs. Supervised Release)
NOTICE:        Forfeiture

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

           Misdemeanor: $ 25 per count/individual        Felony: $100 per count/individual
                        $125 per count/other                     $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.
   <u>For offenses occurring after December 12, 1987:</u>
   No **INTEREST** will accrue on fines under $2,500.00.
   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.
   **PENALTIES** of:
   10% of fine balance if payment more than 30 days late.
   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613
   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:
1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or
2. Give bond for payment thereof.
18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5: 12CR23-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA

vs.

JAMES T. ADLER

## INDICTMENT

**Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(C): Possession with the Intent to Distribute and Distribution of Cocaine Base.**

*A true bill.*

_____
Foreman

*Filed in open court this* 19th day, *of* June A.D. 2012

FILED
JUN 19 2012
VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

Bail, $